<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Plum Borough,                                    :
                         Appellant    :
                                                 :
            v.                                   :
                                                 :
Zoning Hearing Board of the Borough   :
of Plum, Penneco Environmental        :
Solutions, LLC and Protect PT         :          No. 1198 C.D. 2022


**<u>PER CURIAM</u>**                      **O R D E R**


NOW, March 26, 2024, having considered Appellee Penneco Environmental Solutions, LLC's application for reargument/reconsideration, the application is DENIED.